IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID RICHARD SANDS,

      Appellant,

v.

VALERIE BETH SANDS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2360

Opinion filed March 3, 2017.

An appeal from the Circuit Court for Duval County.
Steven M. Fahlgren, Judge.

David Richard Sands, pro se, Appellant.

Thomas L. Gurrola, Travis L. Parrott, and Zachary M. Alfant of Liberty Law PLLC,
Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., WINOKUR, and M.K. THOMAS, JJ., CONCUR.